UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MATTHEW PIKE,

               Plaintiff,

      v.

COURT DINER INC.,
and KARPINECZ & SONS, INC.,

               Defendants.

Case No. 1:25-cv-04560-SDE

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Matthew Pike ("Plaintiff") and Defendants, Court Diner Inc. and Karpinecz & Sons, Inc. ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action and all crossclaims shall be **DISMISSED WITH PREJUDICE** against all Defendants. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       January 7, 2026

**BERGSTEIN FLYNN KNOWLTON &**
**POLLINA PLLC**

By _____
   Bradley Pollina, Esq.
   780 Third Avenue, Suite 902
   New York, NY 10017
   Telephone: (212) 805-9026
   *Attorneys for Defendant*
   **COURT DINER INC.**

**BELL LAW GROUP PLLC**

By _____
   Kyle Pulis, Esq.
   116 Jackson Avenue
   Syosset, NY 11791
   Telephone: (631) 872-9864
   *Attorneys for Defendant*
   **KARPINECZ & SONS, INC.**

**THE MARKS LAW FIRM, P.C.**

By _____
   Bradly G. Marks, Esq.
   155 East 55th Street, Suite 4H
   New York, NY 10022
   Telephone: (646) 770-3775
   *Attorneys for Plaintiff*
   **MATTHEW PIKE**

SO ORDERED.

*Seth D. Eichenholtz*
_____
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York

Dated: Brooklyn, New York
      January 28, 2026